```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 02575
    GROVE SHUBERT
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6869


-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 01/22/2004 and was confirmed 07/01/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.35% from remaining funds.

    The case was paid in full 10/30/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------------
REGENCY SAVING BANK        CURRENT MORTG       .00                .00             .00
ECAST SETTLEMENT CORP      UNSECURED       13907.91               .00         3943.13
SHOPPERS CHARGE ACCOUNTS   UNSECURED         755.70               .00          214.26
DISCOVER FINANCIAL SERVI   UNSECURED        4955.24               .00         1404.90
RESURGENT ACQUISITION LL   UNSECURED        5263.70               .00         1492.35
ROUNDUP FUNDING LLC        UNSECURED        7864.68               .00         2229.77
CARSON PIRIE SCOTT         UNSECURED        7526.30               .00         2133.83
ILLINOIS DEPT OF REVENUE   PRIORITY         3030.61               .00         3030.61
ILLINOIS DEPT OF REVENUE   UNSECURED OTH     462.36               .00          131.39
INTERNAL REVENUE SERVICE   PRIORITY        19997.57               .00        19997.57
INTERNAL REVENUE SERVICE   UNSECURED        7700.65               .00         2183.27
DR JERRY DILLION           UNSECURED      NOT FILED               .00             .00
STATE FARM                 UNSECURED      NOT FILED               .00             .00
STATE FARM                 UNSECURED      NOT FILED               .00             .00
T MOBILE                   UNSECURED      NOT FILED               .00             .00
KAREN J PORTER             REIMBURSEMENT      8.50                .00            8.50
KAREN J PORTER             DEBTOR ATTY     2,114.00                           2,114.00
TOM VAUGHN                 TRUSTEE                                            2,366.42
DEBTOR REFUND              REFUND                                               750.00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            42,000.00

PRIORITY                                  23,036.68
SECURED                                         .00
UNSECURED                                 13,732.90
ADMINISTRATIVE                             2,114.00
TRUSTEE COMPENSATION                       2,366.42
DEBTOR REFUND                                750.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 02575 GROVE SHUBERT
```

```
                                ---------------      ---------------
TOTALS                            42,000.00             42,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/28/09             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                            PAGE   2
            CASE NO. 04 B 02575 GROVE SHUBERT